| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| DYLAN LEE CRABTREE ) | |
| Defendant ) | |

This matter is before the court of Defendant's unopposed Motion to Seal Sentencing Memorandum filed with this Court on 28 April 201, and for good cause shown, it is hereby **ORDERED** that the Sentencing Memorandum be filed under seal.

This 4 May 2011.

W. Earl Britt

Senior U.S. District Judge